# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

144227

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DAVID SCOTT FARNAN,
     Defendant-Appellant.

SC: 144227
COA: 306121
St Clair CC: 99-003010-FC

_____/

     On order of the Court, the application for leave to appeal the November 1, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

_____
Clerk

t0716